**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE<br><br>NAKKIA S MITCHELL,<br>　　　　　　　　　　Debtor<br>~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~<br>CAPITAL ONE AUTO FINANCE,<br>A DIVISION OF CAPITAL ONE, N.A.,<br>　　　　　　　　　　Movant<br>　　　vs.<br>NAKKIA S MITCHELL,<br>　　　　　　　　　　Respondent(s)<br>　　　and<br>KENNETH E. WEST<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br>CASE NO.: 22-10274-ELF<br><br><br><br><br>**HEARING DATE:**<br>Tuesday, December 06, 2022<br>9:30 A.M.<br><br><br><br>**LOCATION:**<br>900 Market Street, Suite 201<br>Courtroom No. 1<br>Philadelphia, PA 19107 |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

　　　　AND NOW, comes the above-captioned Movant, Capital One Auto Finance, a division of Capital One, N.A., by and through their attorney, Regina Cohen, who files this Motion based upon the following:

　　　　1.　　The Movant is a corporation having a principal place of business located at 7933 Preston Road, Plano, TX 75024.

　　　　2.　　The Respondent, Nakkia S Mitchell is an individual with a mailing address at 3700 Gateway Drive Apt 521, Philadelphia, PA 19145, who has filed a Petition under Chapter 13 of the Bankruptcy Code.

　　　　3.　　On or about January 07, 2021, Debtor Nakkia S Mitchell entered into a Retail Installment Sales Contract, involving a loan in the amount of $23,400.89 for the purchase of a 2018 Acura ILX Sedan 4D Special Edition 2.4L I4.

　　　　4.　　The vehicle secured by the Contract has V.I.N. 19UDE2F47JA001054.

　　　　5.　　Movant is the assignee of the Contract.

6. The above – described vehicle is encumbered by a lien with a payoff in the amount of $19,431.11 plus other appropriate charges as of October 27, 2022 but subject to change. The regular monthly payment is $439.04 at an interest rate of 10.31%.

7. Applying payments received to the earliest payment due, payments have been missed post-petition, since July 21, 2022 in the amount of $1,317.81, plus all applicable late charges, interest, attorneys' fees and costs.

8. The Property has a N.A.D.A. Value of $21,475.00.

9. The vehicle is not necessary to an effective reorganization.

10. The Movant is the only lienholder of record with regard to the vehicle.

11. In order to proceed with repossession of the vehicle, relief from the automatic stay must be obtained.

12. Failure to make adequate protection payments is cause for relief from the automatic stay.

13. The Movant has incurred attorney's fees in the filing of this Motion.

14. The vehicle is a rapidly depreciating asset. Movant requests the waiver of Rule 4001(a)(3).

WHEREFORE, Movant prays for your Honorable Court to enter an Order permitting the Movant to proceed with the repossession proceedings of the aforementioned vehicle.

Respectfully submitted,
Lavin, Cedrone, Graver, Boyd & DiSipio

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551