# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In Re:**<br>NAKKIA S MITCHELL<br><br>**Debtor.**<br><br>CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A.<br>                              Movant<br><br>Vs.<br><br>NAKKIA S MITCHELL<br>                                         (Debtor)<br>KENNETH E. WEST<br>(Trustee)<br>                              Respondent | Case No. 22-10274-ELF<br><br>Chapter: 13 |

## ORDER

AND NOW, this _____ day of _____, 2023, based upon the Motion submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted. The automatic stay is lifted with respect to the Movant.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2018 Acura ILX Sedan 4D Special Edition 2.4L I4, V.I.N. 19UDE2F47JA001054) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE

Please send copies to:

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

Nakkia S Mitchell
3700 Gateway Drive Apt 521
Philadelphia, PA 19145